IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLION LIMITED,<br><br>      Petitioner,<br><br> v.<br><br>PDVSA PETROLEO S.A.,<br><br>      Respondent. | C.A. No. 23-cv-1408-LPS |

**PETITIONER'S MOTION FOR A CONDITIONAL
WRIT OF ATTACHMENT *FIERI FACIAS***

Petitioner, CLION LIMITED ("Clion" or "Petitioner"), by and through its undersigned attorneys, The Rosner Law Group LLC, respectfully moves the Court pursuant to Federal Rule of Civil Procedure 69, Local Rule 69.1, 10 Del. C. § 5031, 8 Del C. § 324, and 28 U.S.C. § 1610(c), for and order (a) finding that a reasonable period of time has elapsed since entry of judgment within the meaning of 28 U.S.C. § 1610(c) such that Petitioner may now seek to attach the assets of Petroleos de Venezuela, S.A. ("PDVSA") present in Delaware pursuant to 28 U.S.C. § 1610(a); (b) authorizing the issuance of Petitioner's proposed conditional writ of *fieri facias* against the shares of the Delaware Corporation PDV Holding, Inc., ("PDVH") located in this District and owned by the Judgment Debtor PDVSA Petroleo, S.A. ("PDVSA Petroleo," "Petroleo" or "Respondent") and/or by its alter ego, PDVSA, and against any other assets or rights PDVSA Petroleo or PDVSA may have incident to its ownership of those shares, which the Court may issue subject to the conditions that (a) the pending and unopposed petition be granted and judgment be entered on the respective petition, and (b) the Court finds PDVSA an alter ego of PDVSA Petroleo liable for such judgment; and (c) naming Petitioner Clion Limited, as Additional Judgment

Creditor under the Sale Procedure Order in the related matter in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela,* Case No. 17-mc-151-LPS (D. Del.).

Pursuant to the above requested relief, Clion respectfully requests a conditional writ of attachment by which the Court authorizes the Clerk of this Court to affix its original signature and seal on Clion's proposed writ of attachment *fieri facias* and, only upon the Court's order with respect to the *Crystallex* auction proceedings, the Clerk of this Court to issue such a writ of attachment *fieri facias* to PDV Holding, Inc., in aid of Clion's execution of its judgment against Respondent.

Petitioner, Clion, further respectfully requests the Court to authorize the U.S. Marshals Service, once the writ is received as above, to serve Clion's writ of attachment *fieri facias* on PDVH.

Petitioner respectfully sets forth the grounds for this motion in the accompanying Memorandum of Law in Support of Petitioner's Motion For A Conditional Writ of Attachment *Fieri Facias*; the Declaration of John R. Keough dated January 11, 2024, and exhibits thereto (including Petitioner's proposed *praecipe* and proposed writ of *fieri facias*), which are incorporated fully herein.

| | |
|---|---|
| Dated:  January 11, 2024<br>         Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br>*/s/ Scott Leonhardt*<br>Scott Leonhardt (DE 4885)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel.: (302) 777-1111<br>Email:  leonhardt@teamrosner.com<br><br>            -and-<br><br>**CLYDE & CO US LLP**<br>John R. Keough |

(Pro Hac Vice Admission to be filed)
The Chrysler Building
405 Lexington Ave, 16th Floor
New York, New York 10174
Tel: (212) 710-3900
Fax: (212) 710-3950
John. Keoug@clydeco.us

*Counsel for Petitioner, Clion Limited*